

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2020

No. 04-20-00106-CV

**SINKIN & BARRETTO, P.L.L.C.** and Stephanie Bandoske as Personal Representative of the Estate of Arthur Gregory Augustine, Deceased,
Appellants
v.
Martha **MCCRACKEN** and Cohesion Properties, Ltd.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00637
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellees' brief was due on August 18, 2020. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellees filed an unopposed motion for a thirty-day extension of time to file Appellees' brief.

Appellees' motion is GRANTED. Appellees' brief is due on September 17, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2020.

_____
Michael A. Cruz,
Clerk of Court